AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
STATE OF ILLINOIS
APR - 7 2008
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

**SUMMONS IN A CIVIL CASE**

Diana Paugels

V.

Hartford Accident & Life Insurance Co.

CASE NUMBER: 08CV1861

ASSIGNED JUDGE: JUDGE MORAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Hartford Accident & Life Insurance Co.
c/o Illinois Director of Insurance
James R. Thompson Center
100 W. Randolph
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe, Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 1, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/7/08 |
| NAME OF SERVER (PRINT) Elinor Hart | TITLE Office Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IL Director of Insurance, J.R. Thompson Center, 100 W. Randolph, Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/08
               Date            Signature of Server

Daley, DeBofsky & Bryant
55 W Monroe St Ste 2440
Chicago, IL 60603

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.