UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Diana Paugels

                              Plaintiff,

v.                                             Case No.: 1:08−cv−01861
                                                    Honorable James B. Moran

Hartford Life and Accident Insurance Co.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable James B. Moran:Status hearing held on 7/24/2008 and continued to 11/20/2008 at 09:15 AM. Plaintiff will file a summary judgment motion by 10/3/2008. Defendant's response to be filed by 11/4/2008. Plaintiff 9;s reply in support to be filed by 11/18/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.