IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANA PAUGELS, )<br>      Plaintiff, )<br>                           )<br>      v.                    )<br>                           )<br>                           )<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE CO, )<br>      Defendant. ) | No. 08 CV 1861<br>JUDGE MORAN<br><br>MAGISTRATE JUDGE SCHENKIER |

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that on Wednesday, the 10th of September, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Moran or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois                                 s/ Mark D. DeBofsky
September 5, 2008                                       Mark D. DeBofsky
                                                                 Attorney for Plaintiff

CERTIFICATE OF SERVICE

To:    Stuart F. Primack
        CHITTENDEN, MURDAY & NOVOTNY LLC
        303 West Madison Street, Suite 1400
        Chicago, Illinois 60606

The undersigned attorney hereby certifies that on September 5, 2008, he electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

                                                                             s/ Mark D. DeBofsky
DALEY, DE BOFSKY & BRYANT                    Mark D. DeBofsky
55 W. Monroe St., Suite 2440                           Attorney for Plaintiff
Chicago, Illinois 60603
(312) 372-5200/ (312) 372-2778 (fax)