UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Diana Paugels
                      Plaintiff,

v.                                        Case No.: 1:08−cv−01861
                                       Honorable James B. Moran

Hartford Life and Accident Insurance Co.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable James B. Moran:Plaintiff's unopposed motion for an extension of time within which to file Plaintiff's motion for summary judgment [14] is granted. Plaintiff's motion for summary judgment to be filed by 11/3/2008. Defendant's responsive brief due 12/3/2008. Plaintiff's reply brief due 12/17/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.